

Brittany Buccellato

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7196
brittany.buccellato@akerman.com

November 21, 2023

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/21/2023
Extension is granted until November 30, 2023.

Re:   **Jeter v. Mount Sinai Health System**
      **23 Civ. 7889 (VSB)**

Dear Judge Broderick:

On behalf of our client, The Mount Sinai Hospital (named herein as "Mount Sinai Health System") ("Mount Sinai"), and pursuant to the Court's Individual Rules and Practices in Civil Cases 1(G), we write to request a six-day extension of time from November 24[1] to November 30, 2023 for Mount Sinai to file its reply papers in connection with its motion to dismiss, which was filed on November 10, 2023. The reason for this request is that the current deadline unexpectedly falls over the Thanksgiving holiday and the people who need to review the reply papers are away this week. This is the first request for an extension of this deadline. I communicated with counsel for Plaintiff, Russell Moriarty, and he consents to this request.

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc:   Russell Moriarty, Attorney for Plaintiff (via ECF)

---

[1] There is no briefing schedule in this case. This deadline is based on the Local Rule 6.1(b), providing for reply papers to be served seven days after service of opposing papers. Plaintiff's opposing papers were served on November 17, 2023.

akerman.com